UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN W. HILL,

      Plaintiff,                         Case No. 12-13222

                                              Paul D. Borman
v.                                         United States District Judge

                                              Mark A. Randon
COMMISSIONER OF                 United States Magistrate Judge
SOCIAL SECURITY,

      Defendant.
_____/

OPINION AND ORDER
(1) ADOPTING MAGISTRATE JUDGE MARK A. RANDON'S
JANUARY 13, 2014 REPORT AND RECOMMENDATION (ECF NO. 21),
(2) DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 18),
(3) GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 14) AND
(4) REMANDING TO THE COMMISSIONER
PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

On January 13, 2014, Magistrate Judge Mark A. Randon issued a Report and Recommendation to deny Defendant's Motion for Summary Judgment, grant Plaintiff's motion for summary judgment and remand this matter to the Commissioner for findings consistent with his Report and Recommendation, pursuant to sentence four of 42 U.S.C. § 405(g).

Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation, DENIES Defendant's Motion for Summary Judgment, GRANTS Plaintiff's

1

Motion for Summary Judgment and REMANDS to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

                                      s/Paul D. Borman  
                                      PAUL D. BORMAN  
                                      UNITED STATES DISTRICT JUDGE

Dated: February 18, 2014

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on February 18, 2014.

                                      s/Deborah Tofil  
                                      Case Manager