UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN W. HILL,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

Case No. 12-cv-13222

Paul D. Borman
United States District Judge

Mona K. Majzoub
United States Magistrate Judge

ORDER (1) ADOPTING MAGISTRATE JUDGE MAJZOUB'S APRIL 13, 2016 REPORT AND RECOMMENDATION (ECF NO. 32), (2) GRANTING PLAINTIFF'S COUNSEL'S MOTION FOR AN AWARD OF ATTORNEY FEES UNDER 42 U.S.C. § 406(b) (ECF NO. 27), (3) AWARDING PLAINTIFF'S ATTORNEY FEES IN THE AMOUNT OF $13,332.15 AND (4) ORDERING PLAINTIFF'S COUNSEL TO REFUND THE $6,500 FEE AWARD PREVIOUSLY ISSUED UNDER THE EAJA

On April 13, 2016, Magistrate Judge Mona K. Majzoub issued a Report and Recommendation to grant Plaintiff's Attorney's Motion for an Award of Attorney Fees Under 42 U.S.C. § 406(b) and to award Plaintiff's counsel $13,332.15 in attorneys' fees, following a successful award of benefits to the Plaintiff following a remand to the Commissioner in this case. Magistrate Judge Majzoub further Ordered that Plaintiff's counsel refund to Plaintiff the $6,500 award of attorneys' fees previously issued to Plaintiff's counsel under the Equal Access to Justice Act ("EAJA"). Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ADOPTS the Report and Recommendation, GRANTS Plaintiff's counsel's motion for an award of

1

attorney's fees in the amount of $13,332.15 (ECF No. 27), and ORDERS Plaintiff's attorneys to refund to the Plaintiff the $6,500 EAJA fee award.

IT IS SO ORDERED.

                                          s/Paul D. Borman
                                          PAUL D. BORMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: June 9, 2016

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 9, 2016.

                                          s/Deborah Tofil
                                          Case Manager